UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| HOMER LLOYD POTTER II, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:12-CV-202 (VARLAN/SHIRLEY) |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously herewith, plaintiff's motion for summary judgment [Doc. 15] is **DENIED** and defendant's motion for summary judgment [Doc. 19] is **GRANTED**. The Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 21] and the decision of defendant Commissioner denying plaintiff's application for a period of disability and disability insurance benefits is **AFFIRMED**. This case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   s/ Debra C. Poplin
    CLERK OF COURT